

RECEIVED
IN MONROE, LA
MAY 0 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-30005-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JUAN FRANCISCO VAZQUEZ URIBE | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 62], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Vacate, Set Aside, or Correct Sentence [Doc. No. 58] is DENIED.

MONROE, LOUISIANA, this 7 day of May, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE