RECEIVED
IN MONROE, LA

NOV 07 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 3:05CR30005-01 |
| VERSUS | JUDGE JAMES |
| JUAN FRANCISCO VAZQUEZ-URIBE | MAGISTRATE JUDGE HAYES |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right

Signed at __Monroe__, Louisiana, this __7__ Day of __November__, 2007.

Robert G. James
UNITED STATES DISTRICT JUDGE